UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Rocco Morelli | ) | No. 07-CV-6778 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Medwave, Inc., a corporation, and Frank Katarow, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**COMES NOW** Plaintiff Rocco Morelli and, pursuant to a Settlement Agreement, hereby dismisses his action against Defendants Medwave, Inc., a corporation, and Frank Katarow, an individual, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated:  January 2, 2008            DYKEMA GOSSETT, PLLC


/s/David L. Miller
David L. Miller (ARDC No. 6195953)
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone:  (312) 876-1700

ATTORNEYS FOR PLAINTIFF
ROCCO MORELLI